UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BREOADE V.,                          §
   *Plaintiff,*                         §
                                     §
                                     §
v.                                   § Case No. 3:25-CV-254-X-BK
                                     §
COMMISSIONER, SOCIAL                 §
SECURITY ADMINISTRATION,             §
   *Defendants.*                        §

### ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made findings, conclusions and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the Commissioner's decision is **REVERSED** and **REMANDED** for further proceedings. This case is closed.

    **SO ORDERED** this 17th day of March, 2026.


_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE